1  MORIS DAVIDOVITZ (SBN #70581)
   CHARLES H BOLCOM (SBN #193762)
2  COOPER & SCULLY, P.C.
   101 California Street #3650
3  San Francisco, CA. 94111
   (415) 956-9700 (telephone)
4  (415) 391-0274 (fax)

5  ATTORNEYS FOR DEFENDANTS
   ROBERT LOCKE MOLTHEN, AARON ROBERT BURNELL
6  AND HUMBERTO CENTENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN SHAHRIAR, and E.H., a Minor, by her Guardian ad Litem HASAN SHAHRIAR<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOCKE MOLTHEN, AARON ROBERT BURNELL and HUMBERTO JAVIER CENTENO<br><br>Defendant. | Case No. 2:16-CV-02863-JAM-CKD<br><br>STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271 AND ORDER |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: November 30, 2017   By:   ___/s/ CHARLES BOLCOM_____
                                 MORIS DAVIDOVITZ
                                 CHARLES H BOLCOM
                                 ATTORNEYS FOR DEFENDANTS ROBERT
                                 LOCKE MOLTHEN, AARON ROBERT
                                 BURNELL AND HUMBERT CENTENO

The filer attests that concurrence in the filing of the document has been obtained from the signatory below

DATED: November 30, 2017   By   ___/s/ FRANK PACHECO_____
                                FRANK PACHECO
                                LAW OFFICES OF FRANK PACHECO
                                ATTORNEY HASAN SHAHRIAR, E.H., A
                                MINOR, BY HER GUARDIAN AD LITEM
                                HASAN SHAHRIAR

**ORDER**

IT IS SO ORDERED.

Dated: December 1, 2017

                          **/s/ JOHN A. MENDEZ**
                          John A. Mendez
                          United States District Court Judge