Frank M. Pacheco, Esq., State Bar Number 163467
LAW OFFICES OF FRANK PACHECO
1222 Monaco Court, Suite 26
Stockton, CA 95207
Telephone: (209) 937-0644

Attorney for Plaintiffs HASAN SHAHRIAR and E.H., a Minor

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASAN SHAHRIAR, and E.H., a Minor, by her Guardian ad Litem HASAN SHAHRIAR,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LOCKE MOLTHEN, AARON ROBERT BURNELL, and HUMBERTO JAVIER CENTENO,<br><br>Defendants. | Case No. 2:16-cv-02863-JAM-CKD<br><br>**ORDER SEALING RECORDS** |

Plaintiff HASAN SHAHRIAR requests to seal records relating to his Motion and Application for Appointment as Guardian ad Litem under Rule 202(a)(2) identified as follows:

**Exhibit no. 2 of FRCP Rule 26 Disclosures;**

**Exhibit no. 3 of FRCP Rule 26 Disclosures; and**

**Exhibit no. 6. of FRCP Rule 26 Disclosures.**

**SEALING OF THE ABOVE IDENTIFIED RECORDS IS HEREBY GRANTED.**

Dated: 4/25/2018

/s/ John A. Mendez
HON. JUDGE JOHN A. MENDEZ
US DISTRICT COURT JUDGE FOR THE
EASTERN DISTRICT OF CALIFORNIA

Order Sealing Records