UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN SHAHRIAR, and E.H., a Minor, by her Guardian ad Litem HASAN SHAHRIAR,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LOCKE MOLTHEN, AARON ROBERT BURNELL, and HUMBERTO JAVIER CENTENO,<br><br>Defendants. | No. 2:16-cv-02863-JAM-CKD<br><br>ORDER |

Having read and considered the briefs submitted and finding good cause, the Court HEREBY GRANTS Plaintiff HASAN SHAHRIAR'S motion to be appointed Guardian ad Litem for the minor, E.H., in this action.

IT IS SO ORDERED.

Dated: May 25, 2018

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1