Frank M. Pacheco, Esq., State Bar Number 163467
LAW OFFICES OF FRANK PACHECO
1222 Monaco Court, Suite 26
Stockton, CA 95207
Telephone: (209) 937-0644

Attorney for Plaintiffs HASAN SHAHRIAR and E.H., a Minor

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASAN SHAHRIAR, and E.H., a Minor, by her Guardian ad Litem HASAN SHAHRIAR, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LOCKE MOLTHEN, AARON ROBERT BURNELL, and HUMBERTO JAVIER CENTENO, <br><br> Defendants. | Case No. 2:16-cv-02863-JAM-CKD <br><br> **ORDER GRANTING MOTION FOR APPROVAL OF MINOR'S COMPROMISE; AND** <br><br> **ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** <br><br> Date: August 21, 2018 <br> Time: 1:30 p..m <br> CtRm: 6 |

On June 22, 2018, Plaintiffs filed a Motion to Approve the Minor's Compromise for minor Plaintiff E.H.. The proceeds of the settlement for the minor E.H. will be deposited in a blocked account in a financial institution of this state, pursuant to California Probate Code section 3611(b), or (d).

IT IS HEREBY ORDERED that Plaintiffs, motion to approve the minor's compromise is GRANTED on the terms set forth herein.

IT IS FURTHER ORDERED that the settlement proceeds belonging to Plaintiff E.H., a minor, be promptly deposited in an interest-bearing, federally insured blocked account in a financial institution of this state. The account shall indicate the full name of said minor Plaintiff. The total amount authorized for deposit is: Two Thousand dollars ($2,000.00). No withdrawals of principal or interest shall be made from the blocked account without a written order of this

court under this case name and number, sighed by a judge.  If an emergency withdrawal is needed to care for the minor, then both parents (Hasan Shahriar and Newshaba Mustafi) must jointly petition this court for such withdrawal.  When the minor attains the age of 18 years, the depository financial institution, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys deposited under this order, including such interest that has accrued thereon.  The money on deposit is not subject not escheat.

    IT IS FURTHER ORDERED that, along with the deposit made pursuant to this order, a copy of this order shall be provided to the depository financial institution in which the funds are deposited.  Within 15 days after deposit of the funds, Plaintiffs' counsel shall file the depository financial institution's signed acknowledgment of receipt of both this order and the funds.  A form of acknowledgment is attached hereto for that purpose.

Dated:  8/14/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATE DISTRICT COURT JUDGE
FOR THE EASTERN DISTRICT OF CALIFORNIA