Frank M. Pacheco, Esq., State Bar Number 163467
LAW OFFICES OF FRANK PACHECO
1222 Monaco Court, Suite 26
Stockton, CA 95207
Telephone: (209) 937-0644

Attorney for Plaintiffs HASAN SHAHRIAR and E.H., a Minor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN SHAHRIAR, et al., | Case No. 2:16-CV-02863-JAM-CKD |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL** **[FRCP 41(a)(2)]** |
| ROBERT LOCKE MOLTHEN, et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

The Court having read and considered the Plaintiffs Request for Dismissal of the entire complaint with prejudice, including all parties and all causes of action and finding good cause

**HEREBY ORDERS AS FOLLOWS:**

The Plaintiffs Complaint in *Hasan Shahriar, et al., vs. Robert Lock Molthen, et al.,* Case no. 2:16-cv-02863-JAM-CKD is hereby dismissed with prejudice as to all parties and all causes of action.

Dated: September 21, 2018     /s/ John A. Mendez
                                                              Honorable John A. Mendez
                                                              United States District Court Judge